**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:                                                        Case No. 15-25716-RAM
SILVIA R. BASHLINE                              Chapter 13


_____Debtor_____/


### AMENDED APPLICATION FOR COMPENSATION FOR PROFESSIONAL SERVICES OR REIMBURSEMENT OF EXPENSES BY ATTORNEY FOR CHAPTER 13 DEBTOR

Applicant, __Ricardo M. Corona, Esq.__, was retained by the debtor to serve in this bankruptcy case as attorney for debtor. A copy of the retainer agreement is attached as Exhibit "A". Pursuant to Local Rule 2016-1(B)(2) and the "Chapter 13 Fee Guidelines", applicant hereby requests the court to approve compensation and reimbursement of expenses as follows:

| | |
|---|---|
| Total Fees Requested: | $ __7500.00__ |
| Total Expenses to be Reimbursed: | $ _____ |
| Amount Received To-Date:<br>**(exclusive of filing fees)** | $ __4000.00__ |
| Amount to be Paid through Plan: | $ __3500.00__ |

1. The amount requested, if allowed, will be paid in full after __36__ monthly payments under the plan.

2. A detailed itemization of the services rendered to date and corresponding time entries is attached as Exhibit "B" and the Amended Plan signed by the Debtor is attached hereto as Exhibit "C"

LF-69 (rev. 12/01/09)

3. Applicant estimates that an additional __1__ hours will be required to be expended in providing legal services on behalf of the debtor(s) described below: To conclude the bankruptcy and modify plan in the future if need arises.

4. The following is a short statement of any unusual, troublesome or unique aspects of this case which resulted in or will result in more than the usual amount of time being expended and more than the usual amount of costs being incurred: Due to communication issues with Debtor; there were many delays in filing her Chapter 13 bankruptcy. Therefore, the documentation had to be updated several time and the filing of the bankruptcy had to be postponed and rescheduled. In addition, two MMM processes have been conducted in this matter,

5. The source of compensation previously paid to applicant was __from the Debtor.__

6. Applicant has not shared or agreed to share any compensation received in connection with the bankruptcy case with any person or entity other than a member or regular associate of applicant's firm. (If such a sharing arrangement exists, it should be disclosed in this paragraph.)

**DATED:** __6-13-2016__

CORONA LAW FIRM, P.A.
/s/ Ricardo Corona, Esq.
RICARDO R. CORONA, ESQ.
Florida Bar No. 111333
3899 NW 7 Street, Second Floor
Miami, FL 33126

                                  (305) 266-1150 Phone
                                  (888) 554-5607 Fax
                                  bk@coronapa.com

cc:
    Nancy K. Neidich, Trustee
    Silvia Bashline, Debtor