## DETAILED ITEMIZATION OF SERVICES

    Pursuant to Court Order, the undersigned files this Detailed Itemization of Services by Attorney for the Debtor in the above case and states:

| DATE | DESCRIPTION | HOURS |
|---|---|---|
| 8/22/2012 | Consultation with client regarding potential options including bankruptcy | .5 |
| 6/12/2013 | Consultation with Client Regarding Chapter 13 | .7 |
| 6/20/13 | Opening file, review of documents in file, and sending of questionnaire to Debtor/Client | .4 |
| 10/13/14 | Meeting wt Client | 1.00 |
| 10/23/14 | Meeting wt Client & Review of Documents | .6 |
| 12/3/14 | Meeting wt client: Questions | .8 |
| 12/18/14 | Meeting wt client & Review of Documents | .8 |

| | | |
|---|---|---|
| 2/3/15 | Communication wt Client : updated documents | .6 |
| 3/6/15 | Interview with client to prepare plan, review of petition, schedules and MMM program | 1.5 |
| 3/27/15 | Telephone Call to Client: | .1 |
| 4/27/15 | Telephone Call to Client: | .1 |
| 4/27/15 | Telephone Call from Client | .1 |
| 7/15/15 | Meeting wt client: updated documents & review of documents. Review of Chapter 13 Plan | 1.0 |
| 8/27/15 | Review of entire file, and preparation for filing | .8 |
| 8/28/15 | Filing of bankruptcy | .3 |
| 9/1/15 | Review of Court documents | .2 |
| 9/10/15 | Preparation of Attorney-Represented Ex Parte Verified Motion for Referral to MMM | .3 |
| 9/14/15 | Review of Order granting MMM (DE 14) | .1 |
| 9/17/15 | Received and reviewed Trustee Deficiency | .3 |
| 9/18/15 | Received and Reviewed Objection to Confirmation | .2 |
| 9/18/15 | Review of Notice of Appearance and Request for Service | .1 |
| 9/23/15 | Preparation for 341 meeting | .5 |
| 9/24/15 | 341 Attendance | .7 |
| 9/25/15 | Received and Reviewed Chapter 13 Trustee's Notice of Deficiency | .3 |
| 9/28/15 | Received and Reviewed Objection to Debtor's Claim of Exemptions & Notice of Hearing | .2 |
| 9/30/15 | Preparation of Selection of Mortgage Modification Mediator | .1 |
| 10/5/2015 | Meeting with client to collect and review documents for MMM | .7 |
| 10/5/15 | Preparation of MMM | 2.00 |

|          |                                                                       |    |
|----------|-----------------------------------------------------------------------|----|
|          | package and Submission                                                |    |
| 10/23/15 | Certification of Compliance & Request for Confirmation                | .1 |
| 10/28/15 | Review of Notice                                                      | .1 |
| 11/2/15  | Received & Reviewed Trustee's Notice of Deficiency for Confirmation   | .2 |
| 11/10/15 | Review of File & Preparation for Attendance at Confirmation Hearing   | .2 |
| 11/10/15 | Attendance at Confirmation Hearing                                    | .3 |
| 11/16/15 | Review of Order Continuing Confirmation Hearing                       | .1 |
| 11/18/15 | Preparation of Motion to Waive Wage Deduction & filing of motion      | .3 |
| 12/2/15  | Received and Reviewed Chapter 13 Trustee's Notice of Deficiency       | .3 |
|          |                                                                       |    |
| 12/4/15  | Received & Reviewed of Notice of Continued Confirmation Hearing       | .1 |
| 12/8/15  | Attendance at Motion Calendar & Confirmation Hearing                  | .3 |
| 12/16/15 | Review of Order continuing Motion to Waive                            | .1 |
| 12/30/15 | Received & Reviewed Chapter 13 Trustee's Notice of Deficiency         | .2 |
| 1/8/16   | Review Final Report of Loss Mitigation/Mortgage Modification          | .1 |
| 1/11/15  | Review file and prep for hearing                                      | .3 |
| 1/12/16  | Attendance at Motion to Waive Hearing and preparation of Order        | .2 |
| 1/12/16  | Attendance at Confirmation Hearing                                    | .3 |
| 1/15/16  | Review of Order Granting Mtn to Waive Deduction                       | .1 |
| 1/18/16  | Preparation, communication wt client & filing of 1st                  | .4 |

|         |                                     |     |
|---------|-------------------------------------|-----|
|         | Amended Plan                        |     |
| 1/21/16 | Review of Continued Confirmation Hearing Notice | .1 |
| 2/1/16  | Received & Reviewed Chapter 13 Trustee's Notice of Deficiency | .2 |
| 2/5/16  | Preparation & Filing of Renewed Attorney Represented Debtor Verified Out of Time Motion for Referral to Mortgage Modification Mediation | .3 |
| 2/8/16  | Review of File & Preparation for Confirmation Hearing | .1 |
| 2/9/16  | Attendance at Confirmation Hearing  | .2 |
| 2/19/16 | Review of Continued Confirmation Hearing Notice | .1 |
| 2/24/16 | Review & Filing of Certificate of No Response & Request for Entry of Order | .1 |
| 2/25/16 | Received & Reviewed Order Granting Out of Time Motion for Referral to Mortgage Modification | .1 |
| 3/7/16  | Review of File & Preparation for Confirmation Hearing | .1 |
| 3/8/16  | Attendance at Confirmation Hearing  | .2 |
| 3/18/16 | Review & Preparation of MMM File and Submission | 2.0 |
| 3/23/16 | Review of Notice of Continued Confirmation Hearing | .1 |
| 3/31/16 | Received & Reviewed Notice of Deficiency for Confirmation | .2 |
| 4/14/16 | Review & Preparation for Motion & Confirmation Calendars | .2 |
| 4/15/16 | Attendance at Motion & Confirmation Hearings | .3 |
| 4/15/16 | Received & Reviewed Notice of Continued Confirmation Hearing | .1 |
| 4/22/16 | Preparation & Filing of              | .8 |

|         | Application for Compensation |      |
|---------|------------------------------|------|
| 4/25/16 | Review of MMM denial and communication wt Client | .4 |
| 4/28/16 | Preparation of Appeal of MMM | .6 |
| 4/29/16 | Received & Reviewed Chapter 13 Trustee Notice of Deficiency | .2 |
| 5/5/16  | Consultation with client & Attendance at Mediation | 1.00 |
| 5/9/16  | Review & Preparation for Motion & Confirmation Calendars | .1 |
| 5/10/16 | Attendance at Motion & Confirmation Hearings | .3 |
| 5/13/16 | Received & Reviewed Notice of Continued Confirmation Hearing | .1 |
|         |                              |      |
|         |                              |      |
|         |                              |      |